MIE (Rev. 9/09) Order Re: Disqualification of Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

REVOCABLE LIVING TRUST OF PAMELA KELLY, et al,

        Plaintiff(s),

v.

CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN,

        Defendant(s).
_____/

Case No. 13-11095

Honorable Gerald E. Rosen

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: April 8, 2013

s/Gerald E. Rosen
Gerald E. Rosen
U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Stephen J. Murphy, III.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 8, 2013

s/Andrea Teets
Deputy Clerk