

45 Ottawa Avenue SW
Suite 1100
P.O. Box 306
Grand Rapids, MI 49501-0306

MERITAS LAW FIRMS WORLDWIDE

**D. ANDREW PORTINGA**
Attorney at Law

616.831.1772
616.988.1772 fax
PortingaA@millerjohnson.com

August 26, 2021

Kinikia D. Essix, Court Administrator
United Stated District Court
Eastern District of Michigan
539 Theodore Levin US Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226

      Re:    Revocable Living Trust of Pamela Kelly et al. v Cisco Systems, Inc.
                Welfare Benefit Plan
                Case No. 13-cv-11095

Dear Ms. Essix:

      I write in response to your letter of August 19, 2021, in which you disclose that Judge Stephen Murphy owned a small amount of stock in Cisco Systems, Inc. at the time he presided over this case.

      My client in this case was Unum Life insurance Company of America. We have no issues regarding Judge Murphy's handling or presiding over this case.

      Thank you for bringing this to my attention.

                                      Sincerely,

                                      MILLER JOHNSON

                                      By  */s/ Andy Portinga*

                                          D. Andrew Portinga
                                          DAP:pae

cc:    Charles Gottlieb
        Charles M. Dyke
        Jeena S. Patel
        Sean T. Strauss

MJ_DMS 33509304v1 92470-221